UNITED STATES GOVERNMENT

# memorandum

DATE: 1/8/2024

REPLY TO ATTN OF: Emily

SUBJECT: Possibly Related Case
Case No.: 1:24-pt-1
Case Title: USA v. Joseph Anthony Raphael

TO: Magistrate Judge Kent

The Probation Office indicates this case is related to the case(s) listed below:

Judge Paul L. Maloney          Docket number 1:17-cr-211
                               Docket number _____
                               Docket number _____

Pursuant to Local Criminal Rule 56.5(d)(i), CRIMINAL CASES ARE DEEMED RELATED WHEN:

— (1)  a superseding indictment or information has been filed

— (2)  any other indictment or information is pending against the same defendant(s)

— (3)  an indictment is returned against a defendant who is then on probation to a judge, provided the new case involves only the same defendant

X Case is related          — Case is not related

COMMENTS BY MAGISTRATE JUDGE: This probation transfer case from the Eastern District of Michigan is related to the 2017 WDMI case in that sentencing in the probation transfer case is consecutive to sentencing in the 2017 WDMI case.

Dated: January 8, 2024                        _RS[signature]_
                                              Signature

Ray Kent
United States Magistrate Judge

10/03

☐ Direct assignment performed
☐ Random assignment performed

_____   _____
Initials     Date